NICHOLAS BERTINI et al., Appellants, *v.* JOHN R. MURRAY, Doing Business under the Name of JOHN R. MURRAY & SON, et al., Respondents, and KNICKERBOCKER ICE COMPANY et al., Defendants.

Argued March 8, 1943; decided April 22, 1943.

*Irving Lemov* for appellants.

*Crawford W. Hawkins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND. JJ.